3/13/08 THURSDAY

- FROM
RICHARD L. BRYER
537 N.E. 47TH ST
LOT #422
POMPANO BEACH, FL.
33064-4144
phone (954) 782-9777

-ref.
CASE #
07-12387-JKO
(final decree JULY 10, 2007)

Hello.
I just received this very disturbing letter. This bill was included in my bankruptcy last year. I have a feeling my creditor was never notified as I received several of your court letters returned to me (which I subsequently returned to you). Please take care of this matter for me.

Thank you.
Rich Bryer

US BANKRUPTCY COURT
SO DISTRICT OF FLA
MAR 18 2008
FILED / RECEIVED

# Nelson, Watson & Associates, LLC

PO Box 1299
Haverhill MA 01831
RETURN SERVICE REQUESTED

80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: 800-213-5124 • Fax:(978) 469-9046

March 10, 2008

Current Creditor:
NORTH STAR CAPITAL ACQUISITION LLC
Acct #:              15553808
Balance Due:   $1353.65

TNST37283 - A1020 - 001442
Richard L Bryer
537 NE 47th St
Pompano Beach FL 33064-4144

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA 01831-1799

*** Detach Upper Portion and Return with Payment ***

NWAA2102TY865E2DC0

| | |
|---|---|
| Principal: | $976.71 |
| Interest: | $376.94 |
| Total Balance: | $1353.65 |

Current Creditor: NORTH STAR CAPITAL ACQUISITION LLC
Original Creditor: WELLS FARGO FINANCIAL
Acct No.: 15553808

ARE YOU RECEIVING A TAX REFUND THIS YEAR?

USE YOUR TAX REFUND TO YOUR ADVANTAGE

TAX TIME SPECIAL SETTLEMENT OFFER.

The above referenced account has been placed with this office for collection. Remittance of the payment in full is hereby requested. However, North Star Capital Acquisitions has agreed to accept one single payment in the amount of $920.48 as a settlement on this account. FUNDS MUST BE RECEIVED IN MY OFFICE NO LATER THAN THE CLOSE OF BUSINESS MAR 31, 2008. This offer or some other settlement offer may or may not be made available to you at a future date.

For your security, please make all payments payable to Nelson, Watson & Associates LLC.

**This communication is from a debt collector. This is an attempt to collect a debt. All information obtained will be used for that purpose.**

Please call Monday through Thursday 8am to 9pm EST, Friday 8am to 5pm EST, or Saturday 9am to 1pm EST.

Sincerely,
Consumer Services Department

IF YOU WISH TO PAY BY VISA OR MASTERCARD, (CIRCLE ONE) FILL IN THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US IN THE ENCLOSED ENVELOPE.

 

| Account Number | Payment Amount $ | Expire Date ___/___ |
|---|---|---|
| Card Holder Name | | Signature of Card Holder |